**Teodora Rufino TORRES, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 11–72184.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 9, 2012.[*]

Filed Oct. 15, 2012.

Teodora Rufino Torres, Los Angeles, CA, pro se.

James A. Hurley, DOJ—U.S. Department Of Justice, Washington, DC, Chief Counsel Ice Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: RAWLINSON, MURGUIA, and WATFORD, Circuit Judges.

MEMORANDUM [**]

Teodora Rufino Torres, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal from an immigration judge's decision denying her motion to reopen. We have jurisdiction under 8 U.S.C. § 1252. We deny the petition for review.

In her opening brief, Rufino Torres fails to address, and therefore has waived, any

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

challenge to the BIA's dispositive determination that her motion to reopen was untimely. *See Rizk v. Holder*, 629 F.3d 1083, 1091 n. 3 (9th Cir.2011) (a petitioner waives an issue by failing to raise it in the opening brief).

In light of our disposition, we need not reach Rufino Torres' remaining contentions.

**PETITION FOR REVIEW DENIED.**

---

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.